IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DERREK DWIGHT GILLIAM,
an individual,

        Plaintiff,

v.

CAIN PETROLEUM, INC.,
an Oregon Corporation,

        Defendant.

No. 3:22-cv-01267-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

DATED:_____September 6, 2023_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT